**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1638**

JOY L. HODGSON,

                                Plaintiff - Appellant,

        versus

COMMISSIONER, Social Security, Jo Anne B.
Barnhart,

                                Defendant - Appellee.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr.,
District Judge.  (5:05-cv-00014-FPS)

Submitted:  February 9, 2007          Decided:  February 22, 2007

Before WILKINSON, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy F. Cogan, CASSIDY, MYERS, COGAN & VOEGELIN, L.C., Wheeling,
West Virginia, for Appellant.  Donna L. Calvert, Regional Chief
Counsel, Nora R. Koch, Supervisory Regional Counsel, Kathleen
Hogan, Assistant Regional Counsel, SOCIAL SECURITY ADMINISTRATION,
Philadelphia, Pennsylvania; Thomas E. Johnston, United States
Attorney, Helen Campbell Altmeyer, Assistant United States
Attorney, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joy L. Hodgson appeals the district court's order adopting the report and recommendation of the magistrate judge affirming the Commissioner's denial of supplemental security benefits. We uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. <u>See</u> 42 U.S.C. § 405(g)(2000); <u>Craig v. Chater</u>, 76 F.3d 585, 589 (4th Cir. 1996). We have thoroughly reviewed the administrative record and the parties' briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Hodgson v. Barnhart</u>, No. 5:05-cv-00014-FPS (N.D. W. Va. Mar. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>